IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MILDRED K. FREDERICK, by and through Her Attorney in Fact, KAREN FREDERICK, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 18-00304-KD-MU |
| LIVE OAK VILLAGE and TAMMY ROBINSON, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on the Plaintiff's Complaint and Motion for a Temporary Restraining Order and for a Preliminary Injunction (docs. 1, 2). Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the

> court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:
>
> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1).

Plaintiff's counsel did not certify in writing his efforts to give notice to Defendants or any reasons why notice should not be required. The requirements of Rule 65(b) are not met. Accordingly, the Motion for a Temporary Restraining Order is **DENIED**.

With respect to Plaintiff's Motion for a Preliminary Injunction, Defendants are

2

**ORDERED** to respond to the Motion on or before **July 24, 2018**. The Motion is set for **hearing** on **July 27, 2018 at 11:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama.

The Clerk of the Court is directed to send a copy of this order, by overnight delivery, to the Defendants at the following addresses:

Live Oak Village
2300 N. Cedar Street
Foley, Alabama 36535

Tammy Robinson
2300 N. Cedar Street
Foley, Alabama 36535

DONE and ORDERED this the 10th day of July 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE**